**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**FOURTH DIVISION**

**COURT FILE NO. 00-1384 (JRT/RLE)**

---

Peter Guggisberg, an individual,

Plaintiff,

vs.

Rockwell International Corporation
d/b/a Rockwell Automation/Allen Bradley,

Defendant.

**ORDER ALLOWING SERVICE OF THIRD PARTY COMPLAINT**

---

**ORDER**

The above-entitled matter came on for hearing before the Honorable Raymond L. Erickson upon Defendant's Motion to Allow Third-Party Complaint and the Stipulation of the parties to allow the Third-Party Complaint.

**NOW, THEREFORE,** the Court being fully advised in the premises, **IT IS HEREBY ORDERED**:

1. That New Ulm Concrete Products, Inc. a/k/a Hancock Concrete Products Co., Inc. is hereby joined as a third-party defendant to the above-entitled cause of action;

2. That Defendant is hereby allowed to cause to have served a Third Party Summons and Complaint upon New Ulm Concrete Products, Inc. a/k/a Hancock Concrete Products Co., Inc.

FILED DEC 15 2000
CLERK

Dated this 15th day of December, 2000.

**BY THE COURT**

RAYMOND L. ERICKSON
UNITED STATES MAGISTRATE JUDGE