UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL FILE NO: 00-1384JRT/RLE

Judge John R. Tunheim

Peter Guggisberg,
an individual,

Plaintiff,

vs.

**ORDER AMENDING PRETRIAL ORDER**

Rockwell International Corporation d/b/a Rockwell Automation/Allen-Bradley,

Defendant
and Third Party Plaintiff,

vs.

New Ulm Concrete Products, Inc.
a/k/a Hancock Concrete Products Co.

Third Party Defendant.

---

Based upon the foregoing Stipulation and the Affidavit of Robert P. Christensen, it is hereby ordered that:

1. Article I of the Pretrial Order is hereby amended and discovery is to be completed by **June 30, 2001**.
2. Article VI of the Pretrial Order is hereby amended and Plaintiff's expert disclosures are due **April 1, 2001** and Defendant's expert disclosures are due **May 15, 2001**.
3. Article III of the Pretrial Order is hereby amended and nondispositive motions are to be completed by **July 31, 2001**

Dated: 2-15-01

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FEB 15 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(15)

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK