UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Peter Guggisberg, an individual,

Plaintiff,

vs.

Rockwell International Corporation, d/b/a Rockwell Automation/Allen-Bradley,

Defendant and Third-Party Plaintiff,

vs.

New Ulm Concrete Products, Inc., a/k/a Hancock Concrete Products Co.,

Third-Party Defendant.

CERTIFICATE OF READINESS FOR TRIAL

Civ. No. 00-1384(JRT/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. John R. Tunheim, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: April 29th, 2002
At Duluth, Minnesota

FILED APR 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK mb

(34)