**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PETER GUGGISBERG,

Plaintiff,

v.

ROCKWELL INTERNATIONAL CORPORATION,

Defendant,
Third- Party Plaintiff,

v.

NEW ULM CONCRETE PRODUCTS, INC.,

Third- Party Defendant.

Civil No. 00-1384 JRT/RLE

**TRIAL NOTICE**

---

Robert P. Christensen, DUNKLEY BENNET CHRISTENSEN & MADIGAN, 701 Fourth Avenue South, Suite 700, Minneapolis, MN 55415, for plaintiff.

Joseph E. Flynn, JARDINE, LOGAN & O'BRIEN, 8519 Eagle Point Blvd., Suite 100, Lake Elmo, MN 55042, for defendant.

Michael R. Moline, CONLEY & BORGESON, 2550 University Avenue West, Suite 220 S., St. Paul, MN 55114, for third-party defendant.

This matter is scheduled for trial on September 3, 2002 at 9:30 a.m. before the Honorable John R. Tunheim. The trial will be held in Courtroom 13E at the United States District Courthouse, 300 South Fourth Street, Minneapolis, MN 55415. Trial papers shall be

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

sent to Lou Jean Gleason no later than August 16, 2002. Motions in limine shall be filed on August 21, 2002, and responses filed by August 26, 2002.

Dated: June 6, 2002
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge