**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PETER GUGGISBERG,

Plaintiff,

v.

ROCKWELL INTERNATIONAL CORPORATION,

Defendant,
Third- Party Plaintiff,

v.

NEW ULM CONCRETE PRODUCTS, INC.,

Third- Party Defendant.

Civil No. 00-1384 JRT/RLE

**TRIAL NOTICE**

---

Robert P. Christensen, DUNKLEY BENNET CHRISTENSEN & MADIGAN, 701 Fourth Avenue South, Suite 700, Minneapolis, MN 55415, for plaintiff.

Joseph E. Flynn, JARDINE, LOGAN & O'BRIEN, 8519 Eagle Point Blvd., Suite 100, Lake Elmo, MN 55042, for defendant.

Michael R. Moline, CONLEY & BORGESON, 2550 University Avenue West, Suite 220 S., St. Paul, MN 55114, for third-party defendant.

This matter was scheduled for trial on September 3, 2002 at 9:30 a.m. Due to conflicts in the Court's schedule; trial in this case is now scheduled to begin on September 4, 2002 at 9:30 a.m. before the Honorable John R. Tunheim. The trial will be held in Courtroom

FILED ... 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

13E at the United States District Courthouse, 300 South Fourth Street, Minneapolis, MN 55415. All other dates regarding pretrial submissions and motions in limine remain the same.

Dated: July 22, 2002
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge