UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil File No: 00-1384 JRT/RLE

---

Peter Guggisberg, an individual,

Plaintiff,

vs.

Rockwell International Corporation
d/b/a Rockwell Automation/Allen Bradley,

Defendant and
Third Party Plaintiff,

vs.

New Ulm Concrete Products, Inc.,
a/k/a Hancock Concrete Products Co., Inc.,

Third Party Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL**

---

The above-entitled action, having been fully compromised and settled:

**IT IS STIPULATED AND AGREED** that the above-entitled action, including the Plaintiff's Complaint in File No. 00-1384 and all claims of the Plaintiff, Peter Guggisberg; the Third-Party Complaint of Rockwell International, Corp., d/b/a Rockwell Automation, Inc./Allen-Bradley against New Ulm Concrete, Inc.; all of the workers' compensation subrogation claims of New Ulm Concrete, Inc. and its insurers, including Wausau Insurance Company, a member of the Liberty Mutual Insurance Group against Rockwell International Corp. d/b/a Rockwell Automation/Allen Bradley; the indemnity and/or contribution claims of Rockwell International Corp., d/b/a Rockwell Automation, Inc./Allen-Bradley against New Ulm Concrete, Inc. and its insurers, including Wausau Insurance Company, a member of the Liberty Mutual Insurance Group; and each and every other claim that was, or could have been asserted, may, and shall, be dismissed in their entirety, on their merits, and with prejudice but without costs or disbursements to any of the parties.

**IT IS FURTHER STIPULATED** that without further notice the district court may enter a judgment of dismissal on the merits dismissing all of the parties' claims in their entirety and without costs.

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK________

Dated: 9|4|02

**DUNKLEY, BENNETT, CHRISTENSEN & MADIGAN, P.A.**

By: ______________________________
ROBERT P. CHRISTENSEN (#16597)
Attorneys for Plaintiff
701 Fourth Avenue South, Suite 700
Minneapolis, MN 55415
(612) 339-1290

This signature page is to be affixed to the Stipulation of Dismissal With Prejudice in the case entitled ***Peter Guggisberg v. Rockwell International Corp., et al.***, bearing Case No. 00-1384 JRT/RLE

Dated: 9-4-02

**SHERBURNE LAW OFFICES, P.A.**

By: [signature]
JAMES M. SHERBURNE (#142001)
Attorneys for Plaintiff
735 Northstar West
625 Marquette Avenue
Minneapolis, MN 55402
(612) 333-8918

This signature page is to be affixed to the Stipulation of Dismissal With Prejudice in the case entitled ***Peter Guggisberg v. Rockwell International Corp., et al.***, bearing Case No. 00-1384 JRT/RLE

Dated: 9-6-02

**CONLEY & BORGESON**

By: ______________________
MICHAEL MOLINE (#225496)
Attorneys for Third-Party Defendant
New Ulm Concrete Products, Inc.
Suite 220 South-Court International
2550 University Avenue West
St. Paul, MN 55114
(651) 603-1510

This signature page is to be affixed to the Stipulation of Dismissal With Prejudice in the case entitled ***Peter Guggisberg v. Rockwell International Corp., et al.***, bearing Case No. 00-1384 JRT/RLE

Dated: 10.3-02

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: ______________________

JOSEPH E. FLYNN (A.R.#165712)
Attorney for Defendant and Third-Party Plaintiff
Rockwell Automation
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042-8624
(651) 290-6500

This signature page is to be affixed to the Stipulation of Dismissal With Prejudice in the case entitled ***Peter Guggisberg v. Rockwell International Corp., et al.***, bearing Case No. 00-1384 JRT/RLE

**ORDER**

Based on the Settlement Agreement and Release and the Stipulation of the parties, all of the claims of Plaintiff Peter Guggisberg; the Third-Party Complaint of Rockwell International Corp., d/b/a Rockwell Automation, Inc./Allen-Bradley against New Ulm Concrete, Inc.; all of the workers' compensation subrogation claims of New Ulm Concrete, Inc. and its insurers, including Wausau Insurance Company, a member of the Liberty Mutual Insurance Group against Rockwell International Corp., d/b/a Rockwell Automation/Allen Bradley; the indemnity and/or contribution claims of Rockwell International Corp., d/b/a Rockwell Automation, Inc./Allen-Bradley against New Ulm Concrete, Inc. and its insurers, including Wausau Insurance Company, a member of the Liberty Mutual Insurance Group; and each and every other claim that was, or could have been asserted, may, and shall, be dismissed in their entirety, on their merits, and with prejudice but without costs or disbursements to any of the parties.

The District Court Administrator is directed to forthwith enter a judgment of dismissal as follows:

1. Dismissing in their entirety, on their merits, and with prejudice all claims asserted against Defendant Rockwell International Corp., d/b/a Rockwell Automation, Inc./Allen-Bradley by Plaintiff Peter Guggisberg.

2. The third-party claims of Rockwell International Corp., d/b/a Rockwell Automation, Inc./Allen-Bradley against New Ulm Concrete, Inc. are dismissed with prejudice and on their merits.

3. That the parties bear their own costs and disbursements herein.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 7th day of October, 2002.

BY THE COURT:

[signature]

**John R. Tunheim**
Judge of U.S. District Court